# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMES WYMER,**

    **Plaintiff,**

**VS.**                                                                      **Case No. 4:16cv159-RH/CAS**

**JULIE L. JONES, et al.,**

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed. Plaintiff names two Defendants in Section II of the complaint form, ECF No. 1 at 2, but Plaintiff has not alleged that either of those two persons were involved in the facts alleged. Plaintiff contends he was held in "jail for 4 years" and that money was taken from his account (possibly $2.25 a day, although the amount is not entirely legible). *Id.* at 3. He asserts that no legal authority

exists to charge him while he was held in custody. He also claims that he was "beaten" while held in a "mental ward," although he has not explained the basis of that assertion. *Id.*

Plaintiff has not provided any facts which state when and where these events took place, beyond stating the jail was in Orange County. Plaintiff has not identified any specific person who assaulted him, or prevented another person from doing so. This case should be summarily dismissed because it does not appear that Plaintiff can present a plausible claim for relief.

It also appears appropriate to dismiss this case because it is likely that Plaintiff has abandoned this litigation. Plaintiff has recently submitted approximately 14 cases to this Court. Most of his cases were submitted on March 14 or 15, 2016, but Plaintiff also submitted two more cases on March 23, 2016, and one additional case on March 25, 2016. The last case filed, case number 4:16cv187-MW/CAS, reveals that the "notice to pro se litigants," ECF No. 3, which is routinely sent from the Clerk's Office upon case initiation, was returned to the Court as "undeliverable." ECF No. 4. The mail has a postal stamp which states: "Return to Sender; Unable to Forward." *Id.* If mail from this Court cannot reach Plaintiff, this case

cannot continue. Accordingly, there is no reason for further review in light of the fact that it appears Plaintiff may not receive this Order and will not continue this case. This case should be summarily dismissed.

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

 s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**