IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    Plaintiff,

v.        CASE NO. 4:16cv159-RH/CAS

JULIE L. JONES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed.

    The report and recommendation correctly concludes that the complaint fails to state a claim on which relief can be granted. This order directs the clerk to enter judgment dismissing the complaint and does not grant leave to amend. If the plaintiff asserts he could have stated a claim if given leave to amend, he may file a timely motion to alter or amend the judgment. Any such motion must set out the factual basis for any amended complaint.

    For these reasons,

IT IS ORDERED:

The report and recommendation is accepted.  The clerk must enter judgment stating, "This case is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on June 1, 2016.

s/Robert L. Hinkle<br>United States District Judge